

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00413-CV

**IN THE INTERST OF D.D.L.R. and D.D.L.R., Children**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01025
Honorable Lisa Jarrett, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order terminating E.D.L.R.'s parental rights is AFFIRMED. Because E.D.L.R. is indigent, no costs are taxed in this appeal.

SIGNED November 23, 2016.

_____
Patricia O. Alvarez, Justice

---

[1] This proceeding arises out of Bexar County trial court cause No. 2015-PA-01025, styled *In the Interest of D.D.L.R., et al., Children*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Stephani Walsh presiding.